# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Crim. No. 05-451** |
| | ) | |
| **VICTOR MANUEL CRUZ-GARCIA** | ) | |
| **a/k/a "Flaco"** | ) | |
| | ) | |

## PROPOSED ORDER OF DETENTION

Upon consideration of the Government's motion to detain the defendant without bond pending trial pursuant to 18 U.S.C. § 3142 and the entire record herein, it is, this _____ day of April, 2006,

ORDERED, that the Government's motion is granted and that defendant Victor Manuel Cruz-Garcia, a/k/a "Flaco", will be held without bond pending trial.  In support of this ruling, the Court makes the following findings:

1.  There is a presumption that the defendant should be detained because he has been charged by Indictment with an offense for which a minimum term of imprisonment of ten years is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2.  The defendant has no known ties to the United States, and the evidence proffered by the Government supports the conclusion that he is a risk of flight if released.

3.  The defendant is a danger to the community in general as a result of his alleged involvement in an international narcotics conspiracy, compounded by the relationship of his codefendant, Gonzalez-Largo, with the AUC, a group in Colombia that the U.S. State Department has declared a terrorist organization

4.  The defendant has not rebutted the presumption contained in the Bail Statute and accordingly, no condition or combination of conditions will reasonably assure his appearance at trial. <u>See</u> 18 U.S.C. § 3142(e).

5.  The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6.  The defendant shall be afforded reasonable opportunity for private consultation with counsel.  18 U.S.C. § 3142(i)(3).

 

_____
ROYCE C. LAMBERTH
JUDGE
UNITED STATES DISTRICT COURT