AO442 (Rev. 12/85) Warrant for Arrest

Duplicated
1. Original

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

#3 VICTOR MANUEL CRUZ GARCIA
a/k/a "Flaco"
DOB:

**WARRANT FOR ARREST**

FILED
APR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-451

LAMBERTH, J.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest VICTOR MANUEL CRUZ-GARCIA
                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Conspiracy to manufacture and distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, for the purpose of unlawful importation into the United States.

in violation of Title __21__ United States Code, Section(s) _959 and 960_.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

3/29/06   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 4/10/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/10/06 | Sean McLeod SDUSM | _[signature]_ |