IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) CR NO 05-0451-03 (RCL) |
| | ) |
| | ) |
| **VICTOR CRUZ-GARCIA,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to Assistant Federal Public Defender David Bos, and Rita B. Bosworth, Assistant Federal Public Defender as co-counsel. Please send copies of all notice and inquiries to both attorneys at the address listed.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER


    "/s/"
    Rita B. Bosworth
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C.  20004
    (202) 208-7500