UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| **v.** | : |
| | : CRIMINAL NO. 05-451 (RCL) |
| | : |
| | : |
| **RENE OSWALD COBAR, et. al.** | : |
| | : |
| **Defendants** | : |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the U.S. Department of Justice, Narcotic and Dangerous Drug Section, informs the Court that Trial Attorney Sivashree Sundaram at telephone number (202) 514-4899 and/or e-mail address sivashree.sundaram@usdoj.gov submits her notice of appearance in the above-captioned matter.

    Respectfully submitted,

    Kenneth A. Blanco
    Chief

_____
Sivashree Sundaram, Trial Attorney
U.S. Department of Justice - Narcotic and Dangerous
    Drug Section
1400 New York Avenue, N.W. - 11th Floor
Washington, DC  20530
(202) 514-4899

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served electronically on the attorney for the defendants, James Lyons, Esquire, 1925 K Street, N.W., Suite 200, Washington, D.C. 20006; Heather Shaner, Esquire, 1702 "S" Street, N.W., Washington, D.C. 2009 and David W. Bos, Esquire, 451 Indiana Avenue, N.W., Washington, D.C. 20001, this 20th day of July, 2006.

_____
Trial Attorney