UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | |
| | : | **CRIMINAL NO. 05-451 (RCL)** |
| | : | |
| | : | |
| **RENE OSWALD COBAR, et. al.** | : | |
| | : | |
| **Defendants** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the U.S. Department of Justice, Narcotic and Dangerous Drug Section, informs the Court that Teresa A. Wallbaum at telephone number (202) 616-5193 and/or e-mail address teresa.wallbaum@usdoj.gov submits her notice of appearance in the above-captioned matter.

Respectfully submitted,

Kenneth A. Blanco
Chief

_____
Teresa A. Wallbaum, Appellate Counsel
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W. - 11th Floor
Washington, DC  20530
(202) 202-616-5193

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served by mail upon the attorney for the defendants, James Lyons, Esquire, 1925 K Street, N.W., Suite 200, Washington, D.C. 20006; Heather Shaner, Esquire, 1702 "S" Street, N.W., Washington, D.C. 2009 and David W. Bos, Esquire, 451 Indiana Avenue, N.W., Washington, D.C. 20001, this 14th day of August, 2006.

                                                                                 _____
                                                                                 Teresa A. Wallbaum