UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-451 (RCL) |
| | : | |
| VICTOR MANUEL CRUZ-GARCIA, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT
AGAINST DEFENDANT
<u>VICTOR MANUEL CRUZ-GARCIA</u>**

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of court as endorsed hereon, the United States of America, by and through the undersigned attorneys for the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, hereby moves to dismiss the Superseding Indictment in the above-referenced case without prejudice *solely* as to defendant

VICTOR MANUEL CRUZ-GARCIA,

and without prejudice to the Superseding Indictment with respect to the remaining defendants in this case. David Bos, Esquire, counsel for defendant Victor Manuel Cruz-Garcia, has advised the Government that he does not object to this motion.

Respectfully submitted this _5th__ day of October, 2006.

__/s/_____
Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

__/s/_____   __/s/_____
John M. Gillies, Assistant Deputy Chief   James Faulkner, Trial Attorney
Narcotic and Dangerous Drug Section   Narcotic and Dangerous Drug Section
Criminal Division   Criminal Division
U.S. Department of Justice   U.S. Department of Justice
Washington, D.C. 20530   Washington, D.C. 20530
Tel.: 202-307-2354   Tel.:  202-616-8648

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 5th day of October, 2006, a copy of the foregoing Government's Motion to Dismiss Indictment Against Defendant Victor Manuel Cruz-Garcia was served electronically on counsel of record.

                                                               /s/_____
                                                             John M. Gillies