UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-451 (RCL) |
| | : | |
| VICTOR MANUEL CRUZ-GARCIA | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon motion of the United States to dismiss the Superseding Indictment against defendant VICTOR MANUEL CRUZ-GARCIA in the above-captioned case, and with the Court being duly advised that defendant VICTOR MANUEL CRUZ-GARCIA has no objection to the premises therein, it is hereby

**ORDERED** that the motion is GRANTED, and that the Superseding Indictment in the above-captioned case, is hereby DISMISSED without prejudice *solely* as to defendant VICTOR MANUEL CRUZ-GARCIA and without prejudice to the Superseding Indictment with respect to the remaining defendants in this case.

IT IS SO ORDERED.

This _____ day of _____, 2006.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE