UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>v.  )<br>  )<br>VICTOR MANUEL CRUZ-GARCIA (3),)<br>  )<br>Defendant.  )<br>  ) | Criminal No.05-451 (RCL) |

### ORDER

Upon motion of the United States to dismiss the Superseding Indictment against defendant VICTOR MANUEL CRUZ-GARCIA in the above-captioned case, and with the Court being duly advised that defendant VICTOR MANUEL CRUZ-GARCIA has no objection to the premises therein, it is hereby

ORDERED that the motion is GRANTED, and that the Superseding Indictment in the above-captioned case, is hereby DISMISSED without prejudice *solely* as to defendant VICTOR MANUEL CRUZ-GARCIA, and without prejudice to the Superseding Indictment with respect to the remaining defendants in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 24, 2006.